IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARKISE JONES**                                                                                           **PLAINTIFF**

v.                             Case No. 4:22-cv-001281-KGB

**RODNEY WRIGHT,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 45). Plaintiff Markise Jones has filed objections to the Recommendation (Dkt. No. 46). The Court has reviewed and considered Mr. Jones's objections (*Id.*). The Court acknowledges Mr. Jones' frustration, but his objections do not rebut or refute the analysis in the Recommendation. After consideration of the Recommendation and objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 45).

Therefore, the Court grants the motion for summary judgment filed by defendants Deputy Makayla McKinnon, Lieutenant Courtney Burrus, Sergeant Wesley Finch, Deputy Audrey Reed, and Deputy Jacob Terry and dismisses with prejudice Mr. Jones' claims as asserted in his complaint and amended complaint against defendants Deputy Makayla McKinnon, Lieutenant Courtney Burrus, Sergeant Wesley Finch, Deputy Audrey Reed, and Deputy Jacob Terry (Dkt. Nos. 2; 18; 40). The relief requested is denied.

It is so ordered this 10th day of September, 2024.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge